JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, ) | CASE NO. 8:12-1405-SVW-MAN |
| Plaintiff, ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| Defendant. ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated. The Court further VACATES the Jury Trial set for March 26, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 25, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge